UNSEALED
PER ARREST
MAR 1 0 2014

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 05 2014

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § § § § | CR. NO. H-14-94 |
|  4. ENRIQUE ZARATE-HUESCA | § § § § § § § § § § § | FILED UNDER SEAL |

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)

From early 2013, through the date of this Indictment, in the Southern District of Texas, and elsewhere,


ENRIQUE ZARATE-HUESCA,

1

defendants herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, to wit: 50 grams or more of methamphetamine, a Schedule II controlled substance; and 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(viii) and 841(b)(1)(A)(ii).

Original Signature on File

KENNETH MAGIDSON
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

By:

SHELLEY J. HICKS
Assistant United States Attorney
Southern District of Texas