IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-094 |
| | § | |
| FRANCISCO ROMAN LOZADA, *et al.* | § | |

**O R D E R**

Defendant Zarate-Huesca filed a motion for continuance, (Docket Entry No. 149). The government and the codefendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 8, 2014 |
| Responses are to be filed by: | September 22, 2014 |
| Pretrial conference is reset to**:** | **September 29, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 6, 2014 at 9:00 a.m.** |

SIGNED on April 22, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge