**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-14-94-4 |
| | § § § § | |
| ENRIQUE ZARATE-HUESCA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 364). The motion for continuance is GRANTED. The sentencing hearing is reset to **January 26, 2016 at 9:00 a.m.**

SIGNED on August 26, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge